1 | Mark E. Ellis - 127159
Andrew M. Steinheimer – 200524
2 | Amanda N. Griffith - 288164
ELLIS LAW GROUP LLP
3 | 740 University Avenue, Suite 100
Sacramento, CA  95825
4 | Tel: (916) 283-8820
Fax: (916) 283-8821
5 | mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
6 | agriffith@ellislawgrp.com

7 | Attorneys for Defendant,
DESIGNED RECEIVABLE SOLUTIONS, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| SEANA GOODSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DESIGNED RECEIVABLE SOLUTIONS, INC.,<br><br>Defendant. | Case No.: 2:15-CV-03308-JVS<br><br>**JUDGMENT** |

Pursuant to the Court's September 21, 2016 Order granting Defendant Designed Receivable Solutions, Inc.'s Motion for Summary Judgment (see Docket No. 59), it is HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant and against Plaintiff Seana Goodson on Plaintiff's entire Complaint. The putative class claims are dismissed without prejudice.

Dated: October 03, 2016   By: _____
                              Honorable James V. Selna
                              United States District Court Judge